# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                            Case Number: 2:06-cr-67-FtM-29SPC

JOSEPH O. WILSON

USM Number: 34229-018

Russell Rosenthal, FPD
1514 Broadway, Suite 301
Fort Myers, FL. 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) Two, Three, Four & Five of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Two | Failure to submit written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision | October 5, 2007 |
| Three | Failure to notify ten days prior to any change in residence in violation of Condition 6 of the Standard Conditions of Supervision | October 10, 2007 |
| Four | Positive urinalysis for Cocaine in violation of Condition 7 of the Standard Conditions of Supervision | August 28, 2007 |
| Five | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision | October 8, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation Number One is dismissed on motion of the United States.**

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
11/27/2007

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

November 30, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

JOSEPH O. WILSON  
2:06-cr-67-FtM-29SPC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.

**The Court makes the following recommendations:**

1. Incarceration in a facility close to home (LaBelle, Florida).

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

```
                                                    _____
                                                    UNITED STATES MARSHAL

                                                By: _____
                                                    Deputy U.S. Marshal
```

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED